UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

*In Re:*
AVITA ARTESIAN WATER, LLC,

Case No. 12-21190
Debtor.   Honorable Daniel S. Opperman
(Chapter 11)

_____/

### ORDER APPROVING SALE OF ALL PERSONAL PROPERTY AND RIGHTS IN LEASE OF DEBTOR FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b) AND FED.R.BANKR.P.6004

Avita Artesian Water, LLC, Debtor in Possession, filed a motion seeking, pursuant to sections 105(a) and 363 of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 6004, and 9014, an Order Approving the Sale of Real and Personal property owned by Avita Artesian Water, LLC located at 2445 Godfry, Roscommon, Michigan 48653 free and clear of liens, claims, encumbrances and interests pursuant to 11 U.S.C. § 363(b) and the Federal Rules of Bankruptcy Procedure 6004. The Motion was filed on October 6, 2012, and the Debtor, according to the Motion and the Certificate of Service filed by the Debtor, served all creditors, interested parties and those parties claiming an interest in the Debtors Assets and Lease interests. The noticed was served under LBR 6004-1 and 9014 EDM and the time period for objections has expired an no objections have been filed. The Court being otherwise fully advised in the premises;

**IT IS ORDERED:** The Motion of Debtor is granted and the sale of the Debtor's assets and leasehold interests as owned by the Debtor is hereby approved as requested in the motion and as supplemented or amended by this Order.

**IT IS FURTHER ORDERED** that the sale, as provided in 11 U.S.C. §363(b) and Fed.R.Bankr.P.6004 is free and clear of all liens, claims, encumbrances and interest (collectively the "Liens") and that such Liens shall follow and attach to the proceeds of the sale in the order of their priority (except as provided herein) and with the same validity, force and effect they now have in accordance with the terms of this Order. Once disbursed to a party pursuant to the terms of this Court Order, all other liens in the disbursed proceeds are terminated.

**IT IS FURTHER ORDERED** that the sale of the Debtor's assets and leasehold assets shall be on an "as is, where is" basis without any representations or warranties of any kind, nature or description by the Debtor, including any warranties of merchantability or fitness for a particular purpose.

**IT IS FURTHER ORDERED** that Johni Semma, and/or his entity to be formed (the purchasing entity) shall not be deemed a successor in interest to the Debtor and shall be deemed a good faith purchaser pursuant to 11 U.S.C. §363(m).

**IT IS FURTHER ORDERED** that the Broker Fee of 10% of the sale, or $90,000, paid on terms of $5,000 on closing, and the remainder over the term of the Debtor's Plan as a separate class of creditor, fully paid, as shall further be approved by the Court.

**IT IS FURTHER ORDERED** that Debtor is hereby authorized and directed to execute and deliver any and all agreements, conveyances, instruments, assignments, schedules, documents and amendments as are necessary to transfer title to purchasers under the terms contemplated by the motion.

**IT IS FURTHER ORDERED** that this Order is and shall be binding upon and govern the acts of all entities, including, without limitation, all filing agents, filing officers, title agents, title

companies, recorders of mortgages, recorders of governmental departments, secretaries of state, federal, state and local officials, and all other persons and entities who may be required by operation of law, the duties of the office, or contract, to accept, file, register or otherwise file, record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any of the sold assets or leasehold interests.

**IT IS FURTHER ORDERED** that to the extent necessary, any and all parties in interest who have filed a lien of record against the Debtor's assets, upon reasonable request of Johni Semma or the Debtor, shall execute and deliver (within 5 business days of receipt) satisfaction and or release documents for filing with the appropriate jurisdictions or, if such party in interest fails to take such action, the purchaser or the Debtor may, at its option, file a termination statement and/or this Order with the applicable recording office.

**IT IS FURTHER ORDERED** that this Order is a final and appealable Order. The stay imposed by Fed.R.Bankr.P.6004(g) and 6006(d) shall be inapplicable to the instant sale and the closing may occur immediately.

**IT IS FURTHER ORDERED** this Court retains jurisdiction to implement and effectuate the provisions of this Order, the motion and the purchase agreement, and any subsequent agreement as required to be entered into between the Debtors and Johni Semma, or his entity to be formed, pursuant to this Order.

**IT IS FURTHER ORDERED** that payment to creditors of allowed lien claims or allowed tax claims from sale proceeds shall be from the sales proceeds of the collateral that such creditor claims a lien.

`Signed on October 26, 2012`

                                                        **/s/ Daniel S. Opperman**
                                                        **Daniel S. Opperman**
                                                        **United States Bankruptcy Judge**