UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

*In Re:*
AVITA ARTESIAN WATER, LLC

                    Debtor.

Case No. 12-21190
Honorable Daniel S. Opperman
(Chapter 11)

_____/

**STIPULATION TO ENTRY OF ORDER CONFIRMING
DEBTOR'S LIQUIDATING CHAPTER 11 PLAN**

      Counsel for the Debtor, the United States Trustee, and the objecting party Timothy Burke, hereby stipulate to the entry of the attached Order Confirming Debtor's Liquidating Chapter 11 Plan.

/s/ Don Darnell
_____

Don Darnell P55268
7926 Ann Arbor St.
Dexter, Michigan 48130
734-424-5200
dondarnell@darnell-law.com

/s/ Jill M. Gies
_____

Jill M. Gies P56345
Office of the US Trustee
211 W. Fort St., Ste. 700
Detroit, Michigan 48226
313-226-7913
jill.gies.usdoj.gov

/s/ David R. Shook
_____

David R. Shook P48667
6480 Citation Dr.
Clarkston, Michigan 48346
248-625-6600
david@davidshooklaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

*In Re:*
AVITA ARTESIAN WATER, LLC

                  Debtor.

Case No. 12-21190
Honorable Daniel S. Opperman
(Chapter 11)

_____/

## ORDER CONFIRMING DEBTOR'S LIQUIDATING CHAPTER 11 PLAN

The Debtor's Combined Plan and Disclosure, filed under Chapter 11 of the Bankruptcy Code by Debtor on October 9, 2012 (Docket No. 41), and having been granted preliminary approval by the Court on October 15, 2012 (Docket No. 42), and a copy of the Plan and Disclosure having been submitted to the holders of claims and interests, and the Court being advised in the premises.

**IT IS ORDERED:**

To resolve the objection of Timothy Burke (Docket No. 49):

The Debtor shall not dissolve until such time as the Plan is fully paid and funded.

Disbursing costs are limited to actual costs, including attorney fees, of $1000 for the first disbursement under the Plan, and $225 for each disbursement thereafter, and $2000 for the final disbursement under the Plan.

Timothy Burke, shall have an allowed Class 5 claim in the amount of $208,242.85. Burke may file a motion for equitable subordination under 11 U.S.C. §510(c)(1) of insider claims as identified in Class 5 creditors, if any, within 60 days of this order. Timothy Burke may also file objections to any claim as otherwise allowed by the Bankruptcy Code.

**IT IS FURTHER ORDERED:**

In the event of a subsequent conversion of this case to chapter 7, the assets of the debtor, including but not limited to any causes of action, shall revert back to the estate for further administration.

**IT IS FURTHER ORDERED**:

The deadline for professionals to file fee applications is January 7, 2013.

**IT IS FURTHER ORDERED:**

The debtor's obligation to file monthly receipt and disbursement reports, and to pay quarterly fees required by 11 USC 2830, shall continue until the case is closed, converted or dismissed.

**IT IS FURTHER ORDERED:**

It having been confirmed that all objections have been resolved, and that no class of claims or equity interests have rejected the plan, and pursuant to Local Bankruptcy Rule 3020-1, the Court having found that each of the elements necessary for confirmation 11 U.S.C. § 1129(a) has been established:

The Debtor's Combined Plan and Disclosure of October 9, 2012 (Docket No. 41) is hereby confirmed.